THE PEOPLE OF THE STATE OF. NEW YORK, Appellant, v. V. E. GRAHAM & CO., INC., and Others, Respondents.— In action brought to restrain defendants from engaging in fraudulent practices in violation of section 352 of article 23-A of the General Business Law, the appeal is dismissed as to the corporate defendant, it appearing that said defendant has been dissolved. Judgment unanimously affirmed, with costs, as to individual defendants. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of THE QUEENS COUNTY BAR ASSOCIATION in Respect of WILLIAM W. DAVISON, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

MARY AUSTIN and REBECCA J. AUSTIN, as All of the Executrices of and Trustees under the Last Will and Testament of WILLIAM L. AUSTIN, Deceased, Appellants, v. ATLANTIC BEACH BRIDGE CORPORATION, Respondent, and Others, Defendants. — Order denying plaintiffs' motion for a receiver, in an action to foreclose mortgages covering the property and franchises of a bridge corporation, reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. In our opinion, there existed at the time of the execution and delivery of the mortgages in question statutory authority enabling the respondent to make the mortgages in question. (General Corp. Law, § 2; Stock Corp. Law, § 16.) In the exercise of a sound discretion the motion should have been granted. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

EMMA BAUMGARDT, Respondent, v. WILLIAM BAUMGARDT, Appellant.— Order of the Domestic Relations Court of the City of New York, Kings county (the Family Court), directing appellant to pay ten dollars weekly for the support of the petitioner unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

HARRY BEER, Appellant, v. THE MOUNT VERNON TRUST COMPANY, Respondent. — Order denying plaintiff's motion for summary judgment under rules 113 and 114 of the Rules of Civil Practice affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.